IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TYLER BERNARD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DYNACRAFT BSC, INC., and ) <br> WAL-MART STORES, INC., ) <br> ) <br> ) <br> Defendant. ) | No.  14 C 10233 <br><br> Judge James Zagel |

### STIPULATION OF DISMISSAL

Plaintiff Tyler Bernard, by his attorney, Samuel Bae, and Defendants Dynacraft BSC, Inc. and Wal-Mart Stores, Inc., by one of their attorneys, Sharon Finegan Patterson, hereby stipulate to the dismissal of the above-captioned lawsuit with prejudice and without costs pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This 25th day of February 2015

By: /s/Samuel Bae  
    Samuel Bae  
    Attorney for Plaintiff  
    2720 South River Rd.  
    Suite 246  
    Des Plaines, IL 60018  
    Ph#847-813-6992  

By: /s/ Sharon Finegan Patterson  
    Sharon Finegan Patterson  
    Attorney for Defendants  
    77 W. Washington St.  
    Suite 1613  
    Chicago, IL  60602  
    Ph#312-855-1076

## **CERTIFICATE OF SERVICE**

      The undersigned attorney certifies that a copy of the foregoing Stipulation of Dismissal was served upon the attorney listed below via the Court's CM/ECF electronic case filing system and/or the associated e-mail to registered recipient on this 25th day of February 2015:

Samuel S. Bae
Attorney for Plaintiff
Law Office of Samuel S. Bae
2720 South River Rd., Suite 246
Des Plaines, IL  60018
ssb@baelegal.com

Parties may access this filing through the Court's CM/ECF system.


                    /s/ Sharon Finegan Patterson
                    Sharon Finegan Patterson
                    Attorney for Defendants